Sam Hoffman, appellee, v. Sears-Community State Bank (as successor by consolidation or merger to Community State Bank), appellant. Gen. No. 36,352.

■■■■■■■■■ 645

Opinion filed February 6, 1933.
Lederer, Livingston, Kahn & Adler, for appellant; Charles Lederer and Sigmund Livingston, of counsel. Abrams & Abrams, for appellee; Maurice Abrams and Abraham H. Maller, of counsel.
Mr. Presiding Justice McSurely delivered the opinion of the court.